UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
          :
GHOLAM ALI AHMADI,          :
             Petitioner,          :
          :
     -against-     :     26-CV-274 (VSB)
          :
JUDITH ALMODOVAR, Director of the New  :     **ORDER**
York Field Office for U.S. Immigration and    :
Customs Enforcement (ICE), *et al.*,      :
          :
         Respondents. :
          :
---------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

On January 15, 2026, I held a telephonic status conference for the parties to discuss gating issues in advance of the scheduled Order to Show Cause Hearing on January 26, 2026. To follow up on items raised at the conference:

1. In order to effectuate my adjudication of the legality of Petitioner's detention, Respondents and their counsel shall ensure that Petitioner's counsel's request to meet/communicate with Petitioner is expedited to facilitate Petitioner's communication with his counsel by January 21, 2026 at the latest; and
2. Respondent's response brief shall be due on January 20, 2026 rather than January 19, 2026.

SO ORDERED.

Dated:     January 15, 2026
           New York, New York

                                                              Vernon S. Broderick
                                                               United States District Judge