UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                          :
GHOLAM ALI AHMADI,                                        :
                                    Petitioner,           :
                                                          :
        -against-                                         :     26-CV-274 (VSB)
                                                          :
JUDITH ALMODOVAR, Director of the New                     :
York Field Office for U.S. Immigration and                :     **ORDER**
Customs Enforcement (ICE), *et al.*,                      :
                                                          :
                                    Respondents.          :
                                                          :
----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On account of the inclement weather in the New York area, the Order to Show Cause hearing on Monday, January 26, at 11:00 a.m. will be held telephonically rather than in person. The dial-in number is 1-855-244-8681 and the access code is 2309 3085 835.  There is no attendee ID.

SO ORDERED.

Dated:   January 23, 2026
         New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge