```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
GHOLAM ALI AHMADI,                                         :
                              Petitioner,                  :
                                                           :
               -against-                                   :   26-CV-274 (VSB)
                                                           :
JUDITH ALMODOVAR, Director of the New                      :   ORDER
York Field Office for U.S. Immigration and                 :
Customs Enforcement (ICE), et al.,                         :
                                                           :
                              Respondents.                 :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On Monday, January 26, 2026, I held an order to show cause hearing why the writ of habeas corpus should not issue. (*See* Docs. 3, 10.) At the hearing, I ordered supplemental briefing from the parties regarding Petitioner's flight risk and danger to the community. (Tr. at 15:4-15.) On January 30, 2026, the Government filed a letter regarding this topic. (Doc. 12.) On February 1, 2026, the Defense filed a response. (Doc. 13.) On February 6, 2026, I issued an Opinion and Order in *Han v. Bondi*, No. 25-CV-10753, granting the writ in a case that bore substantial similarity to the instant matter.

By February 24, 2026, the parties shall submit a joint letter addressing whether there is any basis to distinguish this case from *Han v. Bondi*, in which I found that Petitioner was "detained under the discretionary provision of under § 1226(a)," when he had been "residing in the United States with pending immigration proceedings," and so "his continued detention without any individualized process violate[d] his due process rights, and he must be immediately released from detention." No. 25-CV-10753, 2026 WL 322963, at *3, 7 (S.D.N.Y. Feb. 6, 2026); *see also Sidqui v. Almodovar,* No. 25-CV-9349, 2026 WL 251929, at *1 (S.D.N.Y. Jan. 30, 2026)

("Because I find that the Government detained Petitioner pursuant to 8 U.S.C. § 1226 and that his detention violated his due process rights, the Petition is GRANTED, and the Government is ordered to immediately release Petitioner from custody.").

SO ORDERED.

Dated:   February 19, 2026
         New York, New York

_____
Vernon S. Broderick
United States District Judge