**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 GHOLAM ALI AHMADI,

                              Petitioner,

          -against-                                    26 **CIVIL** 00274 (VSB)

                                                       **<u>JUDGMENT</u>**

JUDITH ALMODOVAR, Director of the New
York Field Office for U.S. Immigration and
Customs Enforcement (ICE), et al.,

                              Respondents.
-----------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated March 5, 2026, the Petition for a writ of habeas

corpus is GRANTED.

**Dated:** New York, New York

          March 8, 2026

                                        **TAMMI M. HELLWIG**
                              _____
                                        **Clerk of Court**

                    **BY:**
                              _____
                                        **Deputy Clerk**